7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Steven Gregory Flint
*Debtor*

*Bankruptcy Case No.*
16–40589–can7

**United States of America**
　Plaintiff(s)

*Adversary Case No.*
16–04056–can

v.

**Steven Gregory Flint**
　Defendant(s)

# JUDGMENT

　　　The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that default judgment and final judgment is entered against debtor–defendant Steven Gregory Flint, and in favor of the United States of America, and that the $35,214.52 owed to the United States is not dischargeable and remains due and owing.



　　　　　　　　　　　　　　　　　　　　　　　PAIGE WYMORE–WYNN
　　　　　　　　　　　　　　　　　　　　　　　Court Executive

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Jamie McAdams
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date of issuance: 8/1/16

Court to serve